■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORNELIUS SCOTT, Appellant. [963 NYS2d 579]—Judgment of resentence, Supreme Court, New York County (Michael J. Obus, J.), rendered July 20, 2011, as amended July 25, 2011, resentencing defendant, as a second felony offender, to a term of 14 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Andrias, J.P., Saxe, DeGrasse, Richter and Gische, JJ.